IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| David E. Warren, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-4254-CV-C-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On September 11, 2013, the Court heard oral argument on the *Plaintiff's Brief In Support Of Complaint,* filed March 14, 2013, [Doc. 12] and the *Brief For Defendant*, filed May 28, 2013, [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the September 11, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**